UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DUPREE WILLIAMS                                    CIVIL ACTION NO. 09-1768-P

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

CADDO PARISH SHERIFF                               MAGISTRATE JUDGE HORNSBY
OFFICE, ET AL.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28th day of January, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE